FILED

05/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544



ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

_____

IN RE PETITION OF JEAN BEARCRANE FOR
REINSTATEMENT TO ACTIVE STATUS IN THE         O R D E R
BAR OF MONTANA

_____

Jean Bearcrane has petitioned for reinstatement to active status in the State Bar of Montana. Bearcrane was placed on inactive status by the State Bar of Montana pursuant to Rules 3B2, 5, and 12 of the Rules for Continuing Legal Education (CLE) on February 9, 2024 as a result of noncompliance with CLE requirements. In accordance with Rule 13 of the CLE Rules, Bearcrane has provided a letter from the State Bar certifying that Bearcrane has now completed all CLE requirements "through the reporting year that ended March 31, 2024."

The Petition indicates Bearcrane is or has not been: 1) suspended, disbarred, or otherwise ineligible to practice of law in another jurisdiction and is not currently subject to disciplinary proceedings or pending disciplinary proceedings in another jurisdiction, 2) charged with a criminal offense, 3) accrued delinquent debt or filed for bankruptcy, 4) failed to fulfill the obligations of a public office or professional license, or 5) committed any violations of the Rules of Professional Conduct while on inactive status. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Jean Bearcrane for reinstatement to active status in the State Bar of Montana is GRANTED.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 2 day of May, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2